UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

In re:                                           :      Chapter 11
                                                 :
ANVIL KNITWEAR, INC., et al.,                    :      Case No.: 06-12345 (ALG)
                                                 :
                              Debtors.           :      Jointly Administered
                                                 :

--------------------------------------------------------------- X

## GLOBAL NOTES REGARDING DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

1.   These Global Notes (the "Global Notes") regarding Anvil Knitwear, Inc. and its affiliated
     debtors (collectively, the "Debtors"), in the above-captioned, jointly administered
     Chapter 11 cases, Schedules of Assets and Liabilities (the "Schedules") and Statements
     of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and
     SOFAs and should be referred to and considered in connection with any review of them.
     The Debtors' management has prepared these unaudited Schedules and SOFAs pursuant
     to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule
     1007 of the Federal Rules of Bankruptcy Procedure. Unless otherwise indicated in the
     Schedules, SOFAs, or these Global Notes, the information provided is as of on or about
     October 2, 2006. While the Debtors' management has made every reasonable effort to
     ensure that the Schedules and SOFAs are accurate and complete based upon information
     that was available at the time of preparation, inadvertent errors, and/or omissions may
     exist and/or the subsequent receipt of information and/or further review and analysis of
     the Debtors' books and records may result in changes to financial data and other
     information contained in the Schedules and/or SOFAs. Moreover, because the Schedules
     contain unaudited information, which is subject to further review and potential
     adjustment, there can be no assurance that these Schedules are complete or accurate.

2.   The Debtors reserve all their rights to amend the Schedules and/or the SOFAs in all
     respects, as may be necessary or appropriate, including, but not limited to, the right to
     dispute or to assert offsets or defenses to any claim reflected on the Schedules as to
     amount, liability, or classification or to otherwise subsequently designate any claim as
     "disputed," "contingent," or "unliquidated." Any failure to designate a claim as
     "contingent," "unliquidated," or "disputed" does not constitute an admission by the
     Debtors that such claim is not "contingent," "unliquidated," or "disputed." Furthermore,
     nothing contained in the Schedules shall constitute a waiver of the Debtors' rights with
     respect to the Chapter 11 cases and, specifically, with respect to any issues involving
     equitable subordination and/or causes of action arising under the provisions of Chapter 5
     of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid
     transfers.

3. The preparation of the Schedules required the Debtors to make estimates and assumptions that affect the reported amounts of liabilities, the disclosures of contingent liabilities, and the reported amounts of expenses during the reporting period. Actual results could differ from estimates.

4. Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated at this time. In such cases, the amounts are listed as "Unknown" or "Undetermined." Accordingly, the Schedules may not accurately reflect the aggregate amount of the Debtors' assets and liabilities.

5. The Debtors have sought to allocate liabilities between pre-petition and post-petition periods based on information from research that was conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change. In addition, the Debtors also reserve the right to change the attribution of liability from a particular Debtor to another to the extent additional information becomes available and to amend the Schedules accordingly.

6. The Bankruptcy Court authorized the Debtors to pay certain unsecured priority and nonpriority claims against them, including, without limitation, reimbursement of business expenses and certain claims of the Debtors' customers, vendors, and service providers. Such claims may be reflected in Schedule E or Schedule F, respectively. Moreover, the Bankruptcy Court authorized the Debtors to pay certain claims of employees for wages, salaries, and contributions to employee benefit plans. As the Debtors have already paid these claims and, in addition, seek to protect their confidential information and the privacy of their employees, such claims are not reflected on Schedule E or Schedule F.

7. Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

8. While the Debtors have made a good-faith effort to identify all of their property and obtain current market valuations of their property interests, it would be prohibitively expensive, unduly burdensome, and time-consuming to obtain current market valuations of the Debtors' property interests not already valued. Similarly, to the extent any asset value is listed herein, unless otherwise indicated, net book values, rather than current market values, of the Debtors' interests in property are reflected on the applicable Schedules or SOFAs. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value and may not reflected on the Schedules. Unless otherwise indicated, all financial asset amounts and claim amounts are listed as of on or about October 2, 2006.

9. Accounts Receivable are presented net of allowance for doubtful accounts and without offsetting for any mutual counterparty accounts payable, open or terminated contract liabilities, liquidated damages, setoff rights or collateral held by the Debtors. Likewise, Accounts Payable are shown without consideration of offsetting accounts receivable,

open or terminated contracts, liquidated damages, setoff rights or collateral that has been posted on behalf of the counterparty. If these accounts were shown net of potential setoffs, the dollar amounts could change significantly.

10. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights. Such counterparties have been listed on the Schedule Fs, which were filed on October 22, 2006, and October 25, 2006.

11. While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Certain of the agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as barter agreements, easements, right of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure or substance of any transaction, or any document or instrument (including without limitation, any intercompany agreement). In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G. However, each Debtor reserves the right to assert that such agreements constitute executory contracts.

12. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements, or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

13. The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein,

inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or its agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and advisors are advised of the possibility of such damages.

# United States Bankruptcy Court
# Southern District of New York

In re:  Spectratex, Inc.

Case No.  06-12347 (ALG)

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $      0.00 | | |
| B - Personal Property | Yes | 12 | $   1,297,203.09 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $  25,800,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $      32,077.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 0 | | $ 137,195,069.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Not Applicable | Not Applicable | | | $ |
| J - Current Expenditures of Individual Debtor(s) | Not Applicable | Not Applicable | | | $ |
| Total Number of Sheets of All Schedules - | | 20 | | | |
| Total Assets - | | | $   1,297,203.09 | | |
| Total Liabilities - | | | | $ 163,027,146.40 | |

Pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure, the Debtor hereby reserves the right to amend these schedules and statements from time to time and at any time to, among other things, correct errors and/or omissions, add or delete creditors, modify the amount and/or priority of claims, and identify claims as contingent, unliquidated, and/or disputed.

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claims in the property only in Schedule C-Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND WIFE JOINT COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | $        0.00 | $        0.00 |
| | | Subtotal: | $        0.00 | |
| | | Total: | $        0.00 | |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND WIFE | COMMUNITY JOINT | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. Cash on hand. | | SEE ATTACHED SCHEDULE B01 | | | $      7,065.33 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE ATTACHED SCHEDULE B02 | | | $     90,783.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | SEE ATTACHED SCHEDULE B03 | | | $     17,333.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | | |
| 6. Wearing apparel. | X | | | | |
| 7. Furs and jewelry. | X | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | | |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND-WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | . | SEE ATTACHED SCHEDULE B16 | | $       302,888.76 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the schedule A- Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimatd value of each. | X | . | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | SEE ATTACHED SCHEDULE B22 | | UNKNOWN |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41a)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, other vehicles and accessories. | | SEE ATTACHED SCHEDULE B25 | | $          0.00 |
| 26. Boats, motors, and accessories. | X | | | |

## SCHEDULE B - PERSONAL PROPERTY
**(Continuation Sheet)**

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H U S B A N D W I F E | J O I N T | C O M M U N I T Y | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | | | |
| 28. Office equipment, furnishings, and supplies. | | SEE ATTACHED SCHEDULE B28 | | | | $      113,292.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | SEE ATTACHED SCHEDULE B29 | | | | $      566,841.00 |
| 30. Inventory. | | SEE ATTACHED SCHEDULE B30 | | | | $      199,000.00 |
| 31. Animals. | X | | | | | |
| 32. Crops-growing or harvested. Give particulars. | X | | | | | |
| 33. Farm-equipment and implements. | X | | | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | | | |

9 Continuation sheet(s) attached               Total:          $    1,297,203.09

# Spectratex, Inc.
# 06-12347 (ALG)

### B1. CASH ON HAND.

| LOCATION NAME | ADDRESS1 | ADDRESS2 | CITY/STATE/ZIP | COUNTRY | TOTAL AMT | DESCRIPTION |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | ATTN: TAREK MILLS | 101 SOUTH TRYON STREET, NC1-002-27-06 | CHARLOTTE NC 28212 | | 7,065.33 | |

CASH BALANCE IS AS OF SEPTEMBER 30, 2006

Subtotal: 7,065.33
Total: 7,065.33

# Spectratex, Inc.
## 06-12347 (ALG)

**B2. CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES.**

| NAME AND LOCATION | ACCOUNT TYPE | ACCOUNT NUMBER | TOTAL AMT | DESCRIPTION |
|---|---|---|---|---|
| WACHOVIA BANK N.A.<br>MAILCODE GA 4524<br>171 17TH STREET NW, 3RD FLOOR<br>ATLANTA GA 30363 | CHECKING | 2079956072551 | 90,783.00 | |
| | | Subtotal: | 90,783.00 | |
| | | Total: | 90,783.00 | |

# Spectratex, Inc.
## 06-12347 (ALG)

**B3. SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS.**

| NAME AND LOCATION | ACCOUNT TYPE | ACCOUNT NUMBER | TOTAL AMT | DESCRIPTION |
|---|---|---|---|---|
| CFH REALTY, INC.<br>P.O. BOX 1025<br>LUMBERTON NC 28359 | SECURITY DEPOSIT | | 17,333.00 | DEPOSIT HELD PURSUANT TO TERMINATED LEASE AGREEMENT |
| | | Subtotal: | 17,333.00 | |
| | | Total: | 17,333.00 | |

# Spectratex, Inc.
## 06-12347 (ALG)

### B16. ACCOUNTS RECEIVABLE.

| TYPE OF RECEIVABLE | TOTAL AMT | DESCRIPTION |
|---|---|---|
| TRADE RECEIVABLE | 302,888.76 | GROSS TRADE RECEIVABLE |
| Subtotal: | 302,888.76 | |
| Total: | 302,888.76 | |

# Spectratex, Inc.
## 06-12347 (ALG)

B22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY. GIVE PARTICULARS.

| TITLE/TRADEMARK | TOTAL AMT | DESCRIPTION | REGISTRATION NO. | PUBLISHED |
|---|---|---|---|---|
| COTTON TOPS AND DESIGN | UNKNOWN | GOODS: SWEATERS, PANTS, SHORTS, COVER-UPS AND SHIRTS | TMA412,834 | 05/28/199 |
| COTTON TOPS AND DESIGN | UNKNOWN | GOODS: PANTS AND SHORTS | 1576490 | 01/09/199 |
| HOME CARE CLOTHING | UNKNOWN | GOODS: SHIRTS AND PANTS FOR MEN AND WOMEN; AND DRESSES | 2954354 | 03/26/200 |
| SPECTRATEX, INC. | UNKNOWN | GOODS: PREPARATION AND TREATMENT OF FABRIC AND DYEING OF CLOTHING | 2358820 | 04/04/200 |

Subtotal: UNKNOWN
Total: UNKNOWN

Page 1

# Spectratex, Inc.
## 06-12347 (ALG)

### B25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES.

| TYPE OF PROPERTY | TOTAL AMT | DESCRIPTION |
|---|---|---|
| TRUCKS - LOCATED AT 8209 W. MARLBORO ROAD, FARMVILLE, N.C. | 0.00 | FULLY DEPRECIATED |
| Subtotal: | 0.00 | |
| Total: | 0.00 | |

# Spectratex, Inc.
# 06-12347 (ALG)

## B28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES.

| TYPE OF PROPERTY | TOTAL AMT | DESCRIPTION |
|---|---|---|
| LEASEHOLD IMPROVEMENTS | 113,292.00 | LEASEHOLD (NET) IMPROVEMENTS AT 9200 W. MARLBORO ROAD FARMVILLE, N.C. |
| Subtotal: | 113,292.00 | |
| Total: | 113,292.00 | |

# Spectratex, Inc.
## 06-12347 (ALG)

### B29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS

| TYPE OF PROPERTY | TOTAL AMT | DESCRIPTION |
|---|---|---|
| MACHINERY & EQUIPMENT & SOFTWARE (NET) | 566,841.00 | MACHINERY & EQUIPMENT & SOFTWARE (NET) LOCATED AT 8020 W. MARLBORO ROAD, FARMVILLE, NC |
| | Subtotal: 566,841.00 | |
| | Total: 566,841.00 | |

# Spectratex, Inc.
## 06-12347 (ALG)

### B30. INVENTORY.

| TYPE OF INVENTORY | TOTAL AMT | DESCRIPTION |
|---|---|---|
| DYES & CHEMICALS | 199,000.00 | DYES & CHEMICALS (NET) LOCATED AT 9200 W. MARLBORO ROAD, FARMVILLE, N.C. |
| Subtotal: | 199,000.00 | |
| Total: | 199,000.00 | |

**In re:  Spectratex, Inc.**                    **Case No.  06-12347 (ALG)**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that
                                                                       exceeds $125,000.
(Check one box)

☐ 11 U.S.C. § 522 (b)(2)

☐ 11 U.S.C. § 522 (b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| NONE | | $        0.00 | $        0.00 |

**In re:   Spectratex, Inc.**　　　　　　　　　　　　　　　　　**Case No.  06-12347 (ALG)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the exten practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | H U S B A N D W I F E | J O I N T | C O M M U N I T Y | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WACHOVIA BANK, NATIONAL ASSOCIATION<br>ATTN:  PORTFOLIO MANAGER-ANVIL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | X | | | | SECURED CREDIT AGREEMENT - FIRST PRIORITY LIEN ON SUBSTANTIALLY ALL ASSETS | X | | | $ 25,800,000.00 | $       0.00 |

　　　　　　　　　　　　　　　　　　　Subtotal:　$ 25,800,000.00

　　　　　　　　　　　　　　　　　　　Total:　　$ 25,800,000.00

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 also report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations:**      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case:**      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a)(3).

☐ **Wages, salaries, and commissions:**      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in U.S.C. § 507 (a)(4)

☐ **Contributions to employee benefit plans:**      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(5)

☐ **Certain farmers and fishermen:**      Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a)(6)

☐ **Deposits by individuals:**      Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units:**      Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a)(8).

☐ **Commitments to maintain the capital of an insured depository institution:**      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9)

☐ **Claims for Death or Personal Injury While Debtor was Intoxicated:**      Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507 (a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

TAXES AND CERTAIN OTHER DEBTS OWED TO
GOVERNMENTAL UNITS

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PITT CO. TREASURER<br>PITT CO. TAX COLLECTOR<br>PO BOX 875<br>GREENVILLE NC 27835 | | | | REAL ESTATE TAX | | | | $   32,077.00 | $   32,077.00 |

In re:   **Spectratex, Inc.**                    Case No.  06-12347 (ALG)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

THE DEBTOR RESERVES THE RIGHT TO DISPUTE THAT THE FULL AMOUNT OF TAXES REPORTED ON THIS SCHEDULE E ARE ENTITLED TO PRIORITY TO THE EXTENT SUCH AMOUNTS MAY INCLUDE PENALTIES AND INTEREST.
FOR THE REASONS EXPLAINED IN THE GLOBAL NOTES, CLAIMS OF EMPLOYEES HAVE NOT BEEN LISTED ON SCHEDULE E.

| | |
|---|---|
| Subtotal: | $            0.00 |
| Total: | $        32,077.00 |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY<br>P.O. BOX 6123<br>INDIANAPOLIS IN 46206-6123 | EMPLOYEE BENEFIT PROVIDER & INSURANCE |
| BLUE CROSS BLUE SHIELD OF NORTH CAROLINA<br>P.O. BOX 2291<br>DURHAM NC 27702 | EMPLOYEE BENEFIT PROVIDER & INSURANCE |
| BLUE CROSS BLUE SHIELD OF NORTH CAROLINA<br>CORPORATE HEADQUARTERS<br>5901 CHAPEL HILL RD.<br>DURHAM NC 27707 | EMPLOYEE BENEFIT PROVIDER & INSURANCE |
| BRUCKMANN, ROSSER, SHERRILL & CO., INC.<br>C/O BRUCKMANN, ROSSER, SHERRILL & CO., INC.<br>ATTN: BRUCE C. BRUCKMANN<br>126 EAST 56TH STREET<br>29TH FLOOR<br>NEW YORK NY 10022 | MANAGEMENT AGREEMENT |
| CFH REALTY, INC.<br>P.O. BOX 1025<br>LUMBERTON NC 28359 | REAL PROPERTY LEASE AGREEMENT |
| CVC MANAGEMENT LLC<br>ATTN: DAVID F. THOMAS, JOHN D. WEBER<br>399 PARK AVENUE<br>14TH FLOOR<br>NEW YORK NY 10043 | MANAGEMENT AGREEMENT |
| GLW JOINT-VENTURE, A FLORIDA JOINT VENTURE<br>11617 INNFIELDS DRIVE<br>ODESSA FL 33556 | LEASE AGREEMENT |
| GLW JOINT-VENTURE, A FLORIDA JOINT VENTURE<br>C/O GIHLS PROPERTIES, INC.<br>ATTN: MARK E. BLANTON, PRESIDENT<br>2233 N.W. 41ST STREET | LEASE AGREEMENT |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SUITE 100<br>GAINESVILLE FL 32606 | |
| GREATER BAY CAPITAL<br>100 TRI-STATE INTERNATIONAL<br>SUITE 140<br>LINCOLNSHIRE IL 60069 | EQUIPMENT LEASE AGREEMENT/FORKLIFTS |
| ING EMPLOYEE BENEFITS<br>C/O RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK<br>1000 WOODBURY ROAD<br>SUITE 102<br>WOODBURY NY 11797 | EMPLOYEE BENEFIT PROVIDER & INSURANCE |
| NORFOLK SOUTHERN RAILWAY COMPANY<br>A VIRGINIA CORPORATION<br>P.O. BOX 116944<br>ATLANTA GA 30368-6944 | LEASE AGREEMENT DATED 9/29/93 |
| PRINCIPLE LIFE INSURANCE COMPANY<br>DES MOINES IA 50392-0001 | EMPLOYEE BENEFIT PROVIDER & INSURANCE |

**In re:  Spectratex, Inc.**                                        **Case No.  06-12347 (ALG)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ANVIL HOLDINGS, INC.<br>228 EAST 45TH STREET<br>NEW YORK NY 10017 | THE BANK OF NEW YORK, AS SUCCESSOR INDENTURE TRUSTEE<br>101 BARCLAY STREET<br>8 WEST<br>NEW YORK NY 10286 |
| ANVIL HOLDINGS, INC.<br>228 EAST 45TH STREET<br>NEW YORK NY 10017 | WACHOVIA BANK, NATIONAL ASSOCIATION<br>ATTN:  PORTFOLIO MANAGER-ANVIL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| ANVIL KNITWEAR, INC.<br>228 EAST 45TH STREET<br>NEW YORK NY 10017 | THE BANK OF NEW YORK, AS SUCCESSOR INDENTURE TRUSTEE<br>101 BARCLAY STREET<br>8 WEST<br>NEW YORK NY 10286 |
| ANVIL KNITWEAR, INC.<br>228 EAST 45TH STREET<br>NEW YORK NY 10017 | WACHOVIA BANK, NATIONAL ASSOCIATION<br>ATTN:  PORTFOLIO MANAGER-ANVIL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |

In re    Spectratex, Inc.

Case No.06-12347 (ALG)

Chapter 11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 20 sheets [total shown on summary page plus 1], and that they are true and correct to the best of my knowledge, information, and belief.

Date _____December 4, 2006_____

Signature _____/s/ Anthony Corsano_____

Anthony Corsano
Chief Restructuring Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571.