# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ANVIL KNITWEAR, INC., et al., | Case No. 06-12345 (ALG) |
| Debtors. | (Jointly Administered) |

## ORDER APPROVING FIRST AND FINAL APPLICATION OF JEFFERIES & COMPANY, INC., AS FINANCIAL ADVISOR TO THE DEBTORS, FOR FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING THE PERIOD FROM OCTOBER 2, 2006 THROUGH JANUARY 10, 2007

Upon consideration of the First and Final Application of Jefferies & Company, Inc. ("Jefferies'), as Financial Advisor to the Debtors for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Period October 2, 2006 to January 10, 2007 (the "Application")[1]; a hearing having been held before this Court to consider the Application; adequate and sufficient notice of the Application having been given as set forth in the Application; this Court having given due consideration to any responses to the Application, and sufficient cause having been shown therefore, it is hereby;

ORDERED that the Application is granted in its entirety and in all respects; and it is further

ORDERED that all requested fees and expenses set forth in the Application and Schedules A1 and A2 hereto are awarded and allowed on a final basis; and it is further

ORDERED that Jefferies is authorized to apply the Credit Balance in partial satisfaction of the fees and expenses approved by this Order; and it is further

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application

ORDERED that the Debtors are directed to pay to Jefferies, within ten (10) days of the date hereof, all amounts requested by Jefferies in the Application and approved by this Order, less any such amounts already paid to Jefferies by the Debtors or through application of Credit Balance.

Dated: June 13, 2007
      New York, New York

                                        */s/ Allan L. Gropper*
                                        THE HONORABLE ALLAN L. GROPPER
                                        UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE "A1"

Case Number: 06-12345 (ALG)
Case Name: Anvil Knitwear, Inc., et al.,

**CURRENT FEE PERIOD: OCTOBER 2, 2006 THROUGH JANUARY 10, 2007**

| Applicant | Date of Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Jefferies & Company, Inc. | 4/24/07 | $1,178,837.27 | $1,178,837.27 | $6,415.44 | $6,415.44 |

SCHEDULE A(1)          DATE:  June 13, 2007          INITIALS:   ALG    USBJ

**SCHEDULE "A2"**

Case Number: 06-12345 (ALG)
Case Name: Anvil Knitwear, Inc., et al.,

**SUMMARY: ALL FEE PERIODS (INCLUDING THIS PERIOD)[2]**

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Jefferies & Company, Inc. | $1,178,837.27 | $1,178,837.27 | $6,415.44 | $6,415.44 |

SCHEDULE A(2)  DATE: June 13, 2007  INITIALS:  ALG   USBJ